Jacob Meyerowitz et al., Appellants, v. Royal D. Deyo et al., Respondents — Appeal from a judgment of the Municipal Court of the city of New York, borough of Manhattan. William Klingenstein, for appellants ; Pannes & Eberhardt, for respondents. Judgment affirmed, with costs. No opinion.

Edward F. Kienle, Respondent, v. Caspar Strobel, Appellant.— Appeal from a judgment of the Municipal Court of the city of New York, borough of Manhattan. Ashley, Emley & Rubino, for appellant ; Phillips & Avery, f. r respondent. Judgment affirmed, with costs. No opinion.

Hannah Febel, Respondent, v. Annie M. Geraty Appellant.— Appeal from a judgment of the Municipal Court of the city of New York, borough of Manhattan. August P. Wagener, for appellant; Alexander & Ash, for respondent. Judgment affirmed, with costs. No opinion.

David Steckler, Respondent, v. Jonas V. Spero, Appellant.— Appeal from a judgment and order of the Municipal Court of the city of New York, borough of Manhattan. Louis Alexander, for appellant ; David Steckler, respondent in person. Judgment reversed, with costs, and appeal from order dismissed, with ten dollars costs. No opinion.

Barbara Bernstein, Respondent, v. Charles F. Pundt, Appellant.— Appeal from a judgment of the Municipal Court of the city of New York, borough of Manhattan. Hyman Levy, for appellant : Levy & Bachrach, for respondent. Judgment affirmed, with costs. No opinion.

The Acme Electric Lamp Company, Respondent, v. The Kingston Carriage Company, Appellant.— Appeal from a judgment of the General Term of the City Court of the city of New York, affirming a judgment in favor of plaintiff, entered upon a verdict. Henry B. Twombly, for respondent; Kellogg, Rose & Smith (Abram J. Rose and Alfred C. Potter, of counsel), for appellant. Judgment affirmed, with costs. No opinion.

## Supreme Court — Appellate Term, July, 1900.

### Before Truax, P. J., Scott and Dugro, JJ.

Alice M Robinson, Respondent, v. The Metropolitan Street Railway Company, Appellant.— Appeal from a judgment of the General Term of the City Court of the city of New York, affirming a judgment in favor of plaintiff, entered upon a verdict, and from an order denying a motion for a new trial. House, Grossman & Vorhaus (Louis J Vorhaus and Joseph Fischer, of counsel), for respondent; H. A. Robinson (John T. Little, Jr. of counsel), for appellant. Judgment and order affirmed, with costs. No opinion

### Before Truax, P. J., and Dugro, J.

Albert Borrill, Appellant, v. Minnie Barton, Respondent.— Appeal from a judgment of the Municipal Court of the city of New York, tenth district, borough of Manhattan. William Henry Knox, for appellant ; G. A. C. Barnett, for respondent. Judgment reversed and new trial ordered, with costs to appellant to abide the event. No opinion.

## Supreme Court — Appellate Term, November, 1900.

### Before Truax, P. J., Scott and Dugro, JJ.

Harry W. Bell, Respondent, v. Gabrielle Valente, Appellant.— Appeal from a judgment and order of the General Term of the City Court of the city of New York, affirming a judgment in favor of plaintiff. I. Fraumthal (Joseph Fischer, of counsel), for appellant ; L. B. Treadwell (R. W. Dar'ing, of counsel), for respondent. Judgment and order affirmed, with costs. No opinion.

George N. Adams, Appellant, v. The Old Dominion Steamship Company, Respondent. — Appeal from a judgment of the General Term of the City Court of the city of New York, affirming a judgment in favor of defendant. Hyland & Zabriskie (Nelson Zabriskie, of counsel), for appellant ; Owen & Sturges (Frank D Sturges, of counsel), for respondent. Judgment affirmed, with costs. No opinion.

Solomon L. Pakas, Respondent, v. William E. Hollingshead et al., Appellants.—Appeal from a judgment of the General Term of the City Court of the city of New York, affirming a judgment in favor of plaintiff. Spiegelberg & Wise (Edmond E. Wise, of counsel), for appellants; Max D. Steuer, for respondent. Judgment affirmed, with costs. No opinion.